WILLIAM H. PEACOCK, *Respondent*, *v.* DANIEL E. COMSTOCK, *Appellant.*—Judgment affirmed, with costs. .Mem. by LEARNED, P. J.

GEORGE A. SMITH, *Respondent*, *v.* JOSEPH KENYON, *Appellant.*— Judgment and order affirmed, with costs. Mem. by BOCKES, J.

AGNES ANN GALLUP, *Respondent*, *v.* SHERMAN S. JEWETT and others, *Appellants.*— Judgment and order affirmed, with costs. Mem. by LEARNED, P. J.

BETSEY M. HOGG, *Respondent*, *v.* ALEXANDER KIERSTED, *Appellant.* — Judgment and order affirmed, with costs. Mem. by LEARNED, P. J.

ELIZA JOHNSON *v.* PHILIP MILLER and others. — Judgment reversed. Complaint dismissed, with costs. Judgment to be entered as of May Term, 1882, *nunc pro tunc.* BOCKES, J., not acting.

IRA H. STORRS, *Appellant*, *v.* THE CONGREGATIONAL CHURCH, ETC., *Respondent.* — Judgment reversed; new trial granted. Referee discharged, costs to abide event. Opinion by BOARDMAN, J.

IN THE MATTER OF THE PROBATE OF THE WILL OF JOHN DARROW, *Deceased.* — Decree of surrogate affirmed, with costs against appellant. Mem. by BOARDMAN, J.

JOSEPH CARMAN, *Respondent*, *v.* THE DELAWARE AND HUDSON CANAL COMPANY, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

ALBERT F. GLADDING, *Executor*, etc., *Appellant*, *v.* LOUISA F. FOLLETT, *Respondent.* — Decree affirmed, with costs, against appellant personally. Mem. by LEARNED, P. J.

IN THE MATTER OF THE ATTORNEY-GENERAL *v.* THE ATLANTIC MUTUAL INSURANCE COMPANY.— Order affirmed, with ten dollars costs and printing disbursements.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, TO ACQUIRE LAND OF PENNOOK.— Order affirmed, with costs. Opinion by BOARDMAN, J.

JAMES WHEAT, *Respondent*, *v.* ROSINA WHEAT, *Appellant.*— Order affirmed, with ten dollars costs and printing disbursements.

MARY CARTER, *Appellant*, *v.* THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, *Respondent.*— Order affirmed, with ten dollars costs and disbursements. Mem. by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *v.* CHARLES G. FAIRMAN, *Superintendent*, etc.— *Certiorari* reversed, with fifty dollars costs and disbursements, under section 2140. Mem. by LEARNED. P. J.

WALTER M. BROWN, *Respondent*, *v.* THE GRAND LODGE KNIGHTS OF PYTHIAS. — Judgment affirmed, with costs. Mem. by LEARNED, P. J.

THE TOWN OF NEWFIELD and others, *Respondents*, *v.* MERRITT KING, *Appellant*, *Impleaded*, etc. — Judgment affirmed, with costs.